Joshua H. Reisman, Esq.
Nevada Bar No. 7152
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com

Attorneys for Plaintiffs Nasser Moradi,
Richard Buckman, Douglas Tomlinson, and Matt Abbeduto

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NASSER MORADI, RICHARD BUCKMAN, DOUGLAS TOMLINSON, and MATT ABBEDUTO, Derivatively on Behalf of LAS VEGAS SANDS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SHELDON GARY ADELSON, MICHAEL A. LEVEN, CHARLES D. FORMAN, IRWIN A. SIEGEL, IRWIN CHAFETZ, GEORGE P. KOO, JEFFREY H. SCHWARTZ, JASON N. ADER, <br><br> Individual Defendants. <br><br> – and – <br><br> LAS VEGAS SANDS CORP., a Nevada corporation, <br><br> Nominal Defendant. | CIVIL ACTION NO. 2:11-CV-00490-GMN-RJJ <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE DEFENDANTS SHELDON GARY ADELSON, JEFFREY H. SCHWARTZ AND JASON N. ADER** <br><br> **AND** <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO SERVE DEFENDANTS SHELDON GARY ADELSON, JEFFREY H. SCHWARTZ AND JASON N. ADER BY PUBLICATION** |

[Caption continued on following page.]

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, derivatively on behalf of LAS VEGAS SANDS CORP., <br><br>    Plaintiffs, <br><br>  v. <br><br> SHELDON G. ADELSON, MICHAEL A. LEVEN, IRWIN CHAFETZ, CHARLES D. FORMAN, JEFFREY H. SCHWARTZ, IRWIN A. SIEGEL, JASON N. ADER, GEORGE P. KOO, WING T. CHAO, <br><br>    Defendants, <br><br>  and <br><br> LAS VEGAS SANDS CORP., <br><br>    Nominal Defendant. | § § § § § § § § § § § § § § § § § § § | Case No. 2:11-cv-00595-RLH-GWF |
| JOHN ZAREMBA, Derivatively on Behalf of LAS VEGAS SANDS CORP., <br><br>    Plaintiff, <br><br>  vs. <br><br> SHELDON G. ADELSON, MICHAEL A. LEVEN, IRWIN A. SIEGEL, JEFFREY H. SCHWARTZ, JASON N. ADER, CHARLES D. FORMAN, IRWIN CHAFETZ, GEORGE P. KOO, and WING T. CHAO, <br><br>    Defendants, <br><br>  and <br><br> LAS VEGAS SANDS CORP., a Nevada corporation, <br><br>    Nominal Defendant. | § § § § § § § § § § § § § § § § § § § § | Case No. 2:11-cv-00636-RLH-GWF |

**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE DEFENDANTS SHELDON GARY ADELSON, JEFFREY H. SCHWARTZ AND JASON N. ADER**

**AND**

**ORDER GRANTING PLAINTIFFS' MOTION TO SERVE DEFENDANTS SHELDON GARY ADELSON, JEFFREY H. SCHWARTZ AND JASON N. ADER BY PUBLICATION**

Plaintiffs Nasser Moradi, Richard Buckman, Douglas Tomlinson, and Matt Abbeduto's Motion to Extend Time to Serve Defendants Sheldon Gary Adelson, Jeffrey H. Schwartz and Jason N. Ader was filed with this Court on July 29, 2011 ("Motion to Extend Time"). A hearing on the Motion to Extend Time was held before the Court on August 11, 2011. Jacqueline N. Walton, Esq., appeared on behalf of Plaintiffs Nasser Moradi, Richard Buckman, Douglas Tomlinson, and Matt Abbeduto; Curtis Coulter, Esq., appeared on behalf of Louisiana Municipal Police Employees Retirement System (the plaintiff in Case No. 2:11-CV-00595-RLH-GWF); and James Whitmire, Esq., appeared on behalf of Defendants Michael A. Leven, Charles D. Forman, Irwin A. Siegel, Irwin Chafetz, and Las Vegas Sands Corporation.

At the hearing of the Motion to Extend Time, Ms. Walton made an oral motion to serve Defendants Sheldon Gary Adelson, Jeffrey H. Schwartz and Jason N. Ader by publication.

The Court having reviewed all pleadings and papers on file herein, and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend Time is GRANTED.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs have until September 28, 2011, to serve Defendants Sheldon Gary Adelson, Jeffrey H. Schwartz and Jason N. Ader.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     **IT IS HEREBY FURTHER ORDERED** that Plaintiffs' oral motion to serve Defendants Sheldon Gary Adelson, Jeffrey H. Schwartz and Jason N. Ader by publication is GRANTED.

Dated this 6th day of September, 2011.

/s/ Robert J. Johnston
UNITED STATES DISTRICT JUDGE

Submitted by
REISMAN·SOROKAC

JOSHUA H. REISMAN, ESQ.
Nevada Bar No. 7152
8965 S. Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com

KENDALL LAW GROUP, LLP
JOE KENDALL
(Texas State Bar No. 11260700)
JAMIE J. MCKEY
(Texas State Bar No. 24045262)
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
Fax: 214/744-3015
Admitted *Pro Hac Vice*

Counsel for Plaintiffs Nasser Moradi, Richard Buckman, Douglas Tomlinson, and Matt Abbeduto