# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

NASSER MORADI, et al.,

    Plaintiff,

vs.

SHELDON GARY ADELSON, et. al.

    Defendant(s).

Case # 2:11-cv-00490-GMN-RJJ

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____Richard A. Sauber_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at __Washington__ (city), __N/A__ (county), __District of Columbia__ (state).

2. That Petitioner is an attorney at law and a member of the law firm of __Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP__ with offices at __1801 K Street N.W., Suite 411-L__ (street address), __Washington__ (city), __20006__ (zip code), __(202) 775-4500__ (area code + telephone number), __rsauber@robbinsrussell.com__ (Email address).

3. That Petitioner has been retained personally or as a member of the law firm by ___Defendants___ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since ___12-19-1984___, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of ___District of Columbia___
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the United States | 05-17-1993 | N/A |
| United States Court of Appeals, Federal Circuit | 08-27-1985 | N/A |
| United States Court of Appeals, D.C. Circuit | 06-25-1985 | N/A |
| United States Court of Appeals, 1st Circuit | 03-03-1996 | N/A |
| United States Court of Appeals, 2nd Circuit | 09-17-1987 | N/A |
| United States Court of Appeals, 4th Circuit | 05-09-1988 | N/A |
| RESPONSE CONTINUED ON ATTACHED | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No

8. That Petitioner is a member of good standing in the following Bar Associations:

District of Columbia
Rhode Island

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 06/19/2009 | 2:07-cv-00144-JCM-PAL | U.S. District Court, District of Nevada | Granted |
| 3/17/2009 | 06-A-516404 | District Court, Clark County | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

~~STATE~~ District OF Columbia )
~~COUNTY~~ City OF Washington )

Richard A. Sauber, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 15th day of September, 2011.

_____
Notary public or Clerk of Court

Beth L. Fowler
Notary Public, District of Columbia
My Commission Expires 03-14-2015

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate   Nicholas Santoro  , Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY, & THOMPSON
400 S. Fourth Street, Third Floor
Las Vegas, NV 89101          Tel:   702-791-0308

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____M. Kenta - Deputy General Counsel_____
(Party signature) for Las Vegas Sands Corp.

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

____Nicholas J. Santoro_____ #532
Designated Resident Nevada Counsel's Signature    Bar number

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature) Sheldon Adelson

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's Signature    Bar number #532

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature) CHARLES A FORMAN

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  #532
Designated Resident Nevada Counsel's Signature    Bar number

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

5

Rev 07/06

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____Jeffrey Schwartz_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____Nicholas J. Santoro_____ #532
Designated Resident Nevada Counsel's Signature     Bar number

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

5

Rev 07/06

By this designation the petitioner and undersigned parties agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)  GEORGE P. KOO

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  #532
Designated Resident Nevada Counsel's Signature    Bar number

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

5

Rev 07/06

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____   #532
Designated Resident Nevada Counsel's Signature   Bar number

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

5

Rev 07/06

The Appointment of Designated Resident Nevada Counsel submitted herewith has been executed by Defendants Sheldon Gary Adelson, Charles D. Forman, Irwin A. Siegel, George P. Koo, Jeffrey H. Schwartz and Las Vegas Sands Corp.  Signatures are in the process of being obtained for Defendants Irwin Chafetz, Michael A. Leven and Jason N. Ader.  This Petition will be supplemented upon receipt of the signature pages, which is anticipated to occur before the hearing that is presently scheduled for October 6, 2011.

Richard A. Sauber

**Continuation of response to the following question:**

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| United States District Court for the District of Columbia | 03/03/1986 | 385070 |
| United States District Court for New York, Southern District | 02/22/2007 | N/A |
| Rhode Island State | 10/1977 | 4873 |



### Supreme Court of Rhode Island
#### Providence

*The State of Rhode Island and Providence Plantations*

*This Certifies that*

# RICHARD A SAUBER
*of Washington, District Of Columbia*

*is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 11th day of October, 1977 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing*

*Given under our hands and the seal of said Supreme Court at Providence this 7th day of September, 2011.*

_____
Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**RICHARD ALAN SAUBER**

was on the  19^(TH)  day of  DECEMBER, 1984  duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 2, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: *[signature]*
Deputy Clerk