1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8   NASSER MORADI, et al.,                    )   Case # 2:11-cv-00490-GMN-RJJ
                                              )
9              Plaintiff,                     )
                                              )   **VERIFIED PETITION FOR**
10   vs.                                      )   **PERMISSION TO PRACTICE**
                                              )   **IN THIS CASE ONLY BY**
11                                            )   **ATTORNEY NOT ADMITTED**
     SHELDON GARY ADELSON, et. al.            )   **TO THE BAR OF THIS COURT**
12                                            )   **AND DESIGNATION OF**
                                              )   **LOCAL COUNSEL**
13                                            )
               Defendant(s).                 )   EFFECTIVE JUNE 1, 2004
14                                            )   FILING FEE IS $175.00

15

16   _____Kathryn S. Zecca_____, Petitioner, respectfully represents to the Court:

17

18   1.    That Petitioner resides at _____McLean_____.
                                                (city)
19
     ____Fairfax____,    _____Virginia_____.
20      (county)                  (state)

21

22   2.    That Petitioner is an attorney at law and a member of the law firm of

23   ____Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP____ with offices at

24   ____1801 K Street N.W., Suite 411-L____,

25   ____Washington____    (street address)   ____20006____,   ____(202) 775-4500____
        (city)                                 (zip code)       (area code + telephone number)

26   ____kzecca@robbinsrussell.com____.

27   *(Email address)*

28

3.    That Petitioner has been retained personally or as a member of the law firm by

_____Defendants_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

4.    That since _____01-05-1998_____, Petitioner has been and presently is a member
(date)

in good standing of the bar of the highest Court of the State of_____District of Columbia_____
(state)

where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| Supreme Court of the United States | 01-13-1997 | N/A |
| United States Court of Appeals, Federal Circuit | 04-24-2000 | N/A |
| United States Court of Appeals, D.C. Circuit | 01-01-2005 | N/A |
| United States Court of Appeals, 9th Circuit | 08-07-2002 | N/A |
| United States Court of Appeals, 11th Circuit | 08-08-2002 | N/A |
| United States District Court for the District of Columbia | 09-10-2001 | N/A |
| RESPONSE CONTINUED ON ATTACHED | | |

6.    That there are or have been no disciplinary proceedings instituted against Petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

N/A

2

7.    Has Petitioner ever been denied admission to the State Bar of Nevada?.  (If yes, give particulars of every denied admission):

No

8.    That Petitioner is a member of good standing in the following Bar Associations:

District of Columbia
California (inactive)

9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 06/19/2009 | 2:07-cv-00144-JCM-PAL | U.S. District Court, District of Nevada | Granted |
| 03/31/2009 | 06-A-516404 | District Court, Clark County | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1        That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                        Petitioner's Signature

5

6  ~~STATE~~ District OF Columbia    )

7  ~~COUNTY~~ City OF Washington    )

8         Kathryn S. Zecca      , Petitioner, being first duly sworn, deposes and says:

9

10  That the foregoing statements are true.

11                                          Petitioner's Signature

12

13  Subscribed and sworn to before me this

14  13th day of September , 2011 .

15                 Notary public or Clerk of Court

16        Beth L. Fowler
          Notary Public, District of Columbia
          My Commission Expires 03-14-2015

17

18               **DESIGNATION OF RESIDENT ATTORNEY**

19              **ADMITTED TO THE BAR OF THIS COURT**
                   **AND CONSENT THERETO.**

20

21        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

22  believes it to be in the best interests of the client(s) to designate _____ Nicholas Santoro _____,

23  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

24  above-entitled Court as associate residence counsel in this action.  The address of said designated

25  Nevada counsel is:

26  SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY, & THOMPSON
    400 S. Fourth Street, Third Floor

27  Las Vegas, NV 89101        Tel:  702-791-0308

                (Street, City, State, Zip Code and Telephone No.)

28

                                 4

1

2      By this designation the Petitioner and undersigned party(ies) agree that this designation

3   constitutes agreement and authorization for the designated resident admitted counsel to sign

4   stipulations binding on all of us.

5

6                  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

7

8      The undersigned party(ies) appoints _____Nicholas Santoro_____ as

9   his/her/their Designated Resident Nevada Counsel in this case.

10

11                              _M. Santoro — Deputy General Counsel_

12                              (Party signature) _for Las Vegas Sands Corp._

13                              _____

14                              (Party signature)

15                              _____

16                              (Party signature)

17                  **CONSENT OF DESIGNEE**

18

19      The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

20

21                  _Nicholas J. Santoro_          #532

22                  Designated Resident Nevada Counsel's Signature     Bar number

23   **APPROVED** this 3rd day of October, 2011.

24

25

26   _____
     Gloria M. Navarro
     United States District Judge

27

28

                                        5                              Rev. 07/06

1

2          By this designation the Petitioner and undersigned party(ies) agree that this designation

3    constitutes agreement and authorization for the designated resident admitted counsel to sign

4    stipulations binding on all of us.

5

6                    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

7

8          The undersigned party(ies) appoints _____Nicholas Santoro_____ as

9    his/her/their Designated Resident Nevada Counsel in this case.

10

11    _____

12    (Party signature) *Sheldon Adelson*

13    _____

14    (Party signature)

15    _____

16    (Party signature)

                        **CONSENT OF DESIGNEE**

17

18          The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20    _____  #532

21    Designated Resident Nevada Counsel's Signature    Bar number

22

23    **APPROVED** this 3rd day of October, 2011.

24

25    _____

26    Gloria M. Navarro

27    United States District Judge

28

                                   5                        Rev 07.06

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____ Nicholas Santoro _____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature) CHARLES D FORMAN

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____ #532
Designated Resident Nevada Counsel's Signature    Bar number

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

5

Rev 07/06

1

2      By this designation the Petitioner and undersigned party(ies) agree that this designation

3  constitutes agreement and authorization for the designated resident admitted counsel to sign

4  stipulations binding on all of us.

5

6              **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

7

8      The undersigned party(ies) appoints _____ Nicholas Santoro _____ as

9  his/her/their Designated Resident Nevada Counsel in this case.

10

11

12  (Party signature)     _Jeffrey Schwartz_

13  _____
    (Party signature)

14  _____
15  (Party signature)

16

17              **CONSENT OF DESIGNEE**

18

19      The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

20

21  _____     #532
    Designated Resident Nevada Counsel's Signature     Bar number

22

23  **APPROVED** this 3rd day of October, 2011.

24

25  _____
26  Gloria M. Navarro
    United States District Judge

27

28

                          5                         Rev 07.06

constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)   *GEORGE P. KOO*

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____   #532
Designated Resident Nevada Counsel's Signature   Bar number

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

5                                    Rev 07.06

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____    #532
Designated Resident Nevada Counsel's Signature    Bar number

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

5

Rev 07.06

The Appointment of Designated Resident Nevada Counsel submitted herewith has been executed by Defendants Sheldon Gary Adelson, Charles D. Forman, Irwin A. Siegel, George P. Koo, Jeffrey H. Schwartz and Las Vegas Sands Corp.  Signatures are in the process of being obtained for Defendants Irwin Chafetz, Michael A. Leven and Jason N. Ader.  This Petition will be supplemented upon receipt of the signature pages, which is anticipated to occur before the hearing that is presently scheduled for October 6, 2011.

Kathryn S. Zecca

**Continuation of response to the following question:**

5.  That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court for California, Central District | 1995 | N/A |
| United States District Court for California, Southern District | 1995 | N/A |
| State of California | 12/04/1995 | 178323 |

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 7, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KATHRYN SCHAEFER, #178323 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1995; that at her request, on October 19, 2001, her name was changed to KATHRYN SCHAEFER ZECCA on the records of the State Bar of California; that from the date of admission to March 15, 2002, she was an ACTIVE member of the State Bar of California; that on March 15, 2002, she transferred at her request to the INACTIVE status; that from that date to August 16, 2002, she was an INACTIVE member of the State Bar of California; that on August 16, 2002, she transferred at her request to the ACTIVE status; that from that date to January 13, 2004, she was an ACTIVE member of the State Bar of California; that on January 13, 2004, she transferred at her request to the INACTIVE status as of January 1, 2004; that from that date to August 29, 2011, she was an INACTIVE member of the State Bar of California; that on August 29, 2011, she transferred at her request to the ACTIVE status; that she has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of

Appeals, do hereby certify that

*KATHRY SCHAEFER ZECCA*

was on the ___5TH___ day of _____ *JANUARY* , 1998 _____

duly qualified and admitted as an attorney and counselor entitled to

practice before this Court and is, on the date indicated below, an

active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my
name and affixed the seal of
this Court at the City of
Washington, D.C., on
September 2, 2011.

*JULIO A. CASTILLO*
Clerk of the Court

By: _____
Deputy Clerk