# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NASSER MORADI, et al.,

    Plaintiff,

vs.

SHELDON GARY ADELSON, et. al.,

    Defendant(s).

Case # 2:11-cv-00490-GMN-RJJ

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

---

    Ariel N. Lavinbuk, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at Potomac (city), Montgomery (county), Maryland (state).

2. That Petitioner is an attorney at law and a member of the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP with offices at 1801 K Street N.W., Suite 411-L (street address), Washington (city), 20006 (zip code), (202) 775-4500 (area code + telephone number), alavinbuk@robbinsrussell.com *(Email address)*.

3. That Petitioner has been retained personally or as a member of the law firm by _____Defendants_____ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since _____07-11-2008_____, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of _____District of Columbia_____
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States Court of Appeals, 4th Circuit | 09-01-2007 | N/A |
| United States Court of Appeals, 9th Circuit | 08-01-2008 | N/A |
| United States District Court for the District of Columbia | 12-01-2008 | 982195 |
| New York Supreme Ct., Appellate Div., 3rd Judicial Dept. | 08-22-2007 | |
| | | |
| | | |
| | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No

8. That Petitioner is a member of good standing in the following Bar Associations:

District of Columbia
New York

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

~~STATE~~ District OF Columbia )
~~COUNTY~~ City OF Washington )

_____Ariel N. Lavinbuk_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 13th day of September, 2011.

_____
Notary public or Clerk of Court
Beth L. Fowler
Notary Public, District of Columbia
My Commission Expires 03-14-2015

### DESIGNATION OF RESIDENT ATTORNEY
### ADMITTED TO THE BAR OF THIS COURT
### AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Nicholas Santoro_____, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY, & THOMPSON
400 S. Fourth Street, Third Floor
Las Vegas, NV 89101          Tel:   702-791-0308

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____[signature]_____ – Deputy General Counsel
(Party signature) for Las Vegas Sands Corp.

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____[signature]_____   #532
Designated Resident Nevada Counsel's Signature   Bar number

**APPROVED** this 3rd day of October, 2011.

_____[signature]_____
Gloria M. Navarro
United States District Judge

5

Rev 07/06

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature) Sheldon Adelson

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  #532
Designated Resident Nevada Counsel's Signature    Bar number

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

5

Rev 07/06

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature) CHARLES D. FIRMAN

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____ #532
Designated Resident Nevada Counsel's Signature    Bar number

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

5

Rev 07/06

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature) Jeffrey Schwartz

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  # 532
Designated Resident Nevada Counsel's Signature   Bar number

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

5

Rev 07.06

constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ George Koo_____
(Party signature)  GEORGE P. KOO

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Nicholas J. Santoro_____  #532
Designated Resident Nevada Counsel's Signature    Bar number

**APPROVED** this 3rd day of October, 2011.

_____/s/_____
Gloria M. Navarro
United States District Judge

5

Rev 07.06

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____   #532
Designated Resident Nevada Counsel's Signature   Bar number

**APPROVED** this 3rd day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

5

Rev 07/06

The Appointment of Designated Resident Nevada Counsel submitted herewith has been executed by Defendants Sheldon Gary Adelson, Charles D. Forman, Irwin A. Siegel, George P. Koo, Jeffrey H. Schwartz and Las Vegas Sands Corp. Signatures are in the process of being obtained for Defendants Irwin Chafetz, Michael A. Leven and Jason N. Ader. This Petition will be supplemented upon receipt of the signature pages, which is anticipated to occur before the hearing that is presently scheduled for October 6, 2011.



# District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**ARIEL LAVINBUK**

was on the 11TH day of JULY, 2008 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 2, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Ariel Norman Lavinbuk

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of August, 2007**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **6th day of September, 2011**.



*Robert D. Mayberger*
Clerk