NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308

*Attorneys for the Served Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NASSER MORADI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SHELDON GARY ADELSON, et al.,<br><br>Defendants. | Case No. 2:11-cv-00490-GMN-(RJJ)<br><br>**SUPPLEMENTAL SUBMISSION OF APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL** |

Michael A. Leven and Irwin Chafetz, by and through the undersigned counsel, hereby submit to the Court the signature pages relating to their respective "Appointment of Designated Resident Nevada Counsel." See Ex. A and Ex. B attached hereto. The documents have also been signed by Nevada counsel. This submission is made as a supplement to the "Verified

. . .

. . .

. . .

. . .

. . .

. . .

. . .

08764-04/796328.doc

Petition[s] for Permission to Practice in This Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel" that were filed on Friday, September 29, 2011.

DATED this _6th_ day of October, 2011.

                    Respectfully submitted,

                    SANTORO, DRIGGS, WALCH,
                    KEARNEY, HOLLEY, & THOMPSON

                    */s/ James E. Whitmire*
                    NICHOLAS J. SANTORO, ESQ.
                    Nevada Bar No. 532
                    JAMES E. WHITMIRE, ESQ.
                    Nevada Bar No. 6533
                    400 South Fourth Street, Third Floor
                    Las Vegas, NV 89101

                    Richard A. Sauber
                    Kathryn S. Zecca
                    Ariel N. Lavinbuk
                    ROBBINS, RUSSELL, ENGLERT,
                    ORSECK, UNTEREINER & SAUBER LLP
                    1801 K Street, NW, Suite 411L
                    Washington, DC 20006
                    Telephone: (202) 775-4500
                    Fax: (202) 775-4510
                    rsauber@robbinsrussell.com

                    *Attorneys for the Served Defendants*

08764-04/796328.doc

# EXHIBIT "A"

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)     Michael Leven

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  #532
Designated Resident Nevada Counsel's Signature     Bar number

**APPROVED** this 12th day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

# EXHIBIT "B"

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Nicholas Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____   # 532
Designated Resident Nevada Counsel's Signature   Bar number

**APPROVED** this 12th day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

5

Rev 07.06