# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NASSER MORADI, et al.,

         Plaintiffs,

   vs.

SHELDON GARY ADELSON, et al.,

         Defendants.

)
)
)
)
)
)
)
)
)
)

Case No.: 2:11-cv-00490-GMN-RJJ (Base Case)

CONSOLIDATED WITH
2:11-cv-00595-GMN-RJJ; and
2:11-cv-00636-GMN-RJJ

**ORDER**

Before the Court is Defendants' Motion to Enlarge Time to Respond to Consolidated Complaint until Disposition of Defendants' Motion to Dismiss or Stay (ECF No. 76).  Plaintiffs oppose any enlargement of time to file an answer to the Amended Complaint past the agreed upon date of January 31, 2012. (*See* Order on Stipulation, ECF No. 81).

The Court finds that it would be appropriate to allow the enlargement of time in this shareholder derivative suit because the ultimate costs associated with the filing of unnecessary pleadings is bore by the shareholders.

**IT IS HEREBY ORDERED** that Defendants' Motion to Enlarge Time (ECF No. 76) is **GRANTED**.  Defendants will have fourteen (14) days from the date this Court renders a decision on the Motion to Dismiss (ECF No. 77) to file a responsive pleading to Plaintiffs' Amended Complaint.

DATED this 4th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge