UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NASSER MORADI, *et al.*, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-490-GMN-RJJ Base File |
| ) | 2:11-cv-595 |
| vs. ) | 2-11-cv-636 |
| ) | |
| SHELDON GARY ADELSON, *et al.*, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on a Stipulation for Substitution of Counsel (#87).

The Court having reviewed the Stipulation (#87) finds that Ira H. Raphaelson, Executive Vice President and Global General Counsel, signed the substitution of counsel on behalf of the individually named defendants. Further, the Court finds that the rules require that individual defendants must sign a substitution of counsel. Good cause appearing therefore,

IT IS HEREBY ORDERED that a Stipulation for Substitution of Counsel (#87) is **DENIED**.

DATED this   18th   day of April, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge