UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NASSER MORADI, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>SHELDON GARY ADELSON, et al.,<br><br>      Defendants. | Case No. 2:11-cv-00490-MMD-RJJ<br><br>ORDER<br><br>(Joint Status Report – dkt. no. 114) |

   The parties filed a Joint Status Report on October 30, 2012, concerning the stay issued by this Court on August 27, 2012.  (*See* dkt. no. 114.)  The Court stayed the proceedings pending the outcome of the Las Vegas Sands ("LVS") Special Litigation Committee ("SLC") investigation, noting that it would revisit the stay at the end of October 2012 whether or not the SLC completed its investigation.  (*See* dkt. no. 113 at 7.)

   Attached to their Joint Status Report, the parties appended a declaration of Mr. Daniel Bookin, counsel for the SLC, explaining that he does not expect the investigation to conclude by January 2013.  (Dkt. no. 114-A at ¶ 5.)  In light of the extensive nature of the investigation, Defendants request this Court revisit their Motion to Dismiss or stay this action under *Colorado River*, which Plaintiffs oppose.  (Dkt. no. 114 at 3.)  Defendants also inform the Court that they are prepared to file a motion to dismiss on the same grounds raised in their state-court motion.  (*Id.*)

   As indicated in its August 27, 2012, Order, the Court was to revisit the stay by the end of October 2012.  (*See* dkt. no. 113.)  Since the temporary stay was issued pursuant

to the request of Defendants, the Court will now heed their request to lift the stay. Given that the SLC does not intend to complete its investigation until February 2013 at the earliest, and given the Court's and the parties' interest in ensuring a timely resolution of the case, the Court lifts the stay on proceedings. Defendants have fifteen (15) days from the date of entry of this Order to file a motion to dismiss or a motion to stay under *Colorado River*.

IT IS THEREFORE ORDERED that the Clerk of the Court shall lift the stay in this action. Defendants shall have fifteen (15) days from the entry of this Order to file a motion to dismiss or a motion to stay this action.

DATED THIS 7th day of November 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2