UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NASSER MORADI, *et al.*, | Case No. 2:11-cv-00490-APG-NJK |
| Plaintiffs, | |
| v. | **ORDER** |
| SHELDON ADELSON, *et al.*, | |
| Defendants. | |

IT IS ORDERED that the parties shall file a status report on or before July 15, 2015.

DATED this 1st day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE