**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NASSER MORADI, *et al.*, | Case No. 2:11-cv-00490-APG-NJK |
| Plaintiffs, | **ORDER** |
| v. | |
| SHELDON ADELSON., *et al.*, | |
| Defendants. | |

IT IS ORDERED that the parties shall file a Status Report by January 12, 2016.

Dated: December 21, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE