MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Email: sm@morrislawgroup.com
Akke Levin, Bar No. 9102
Email: al@morrislawgroup.com
Raleigh C. Thompson, Bar No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Of Counsel:
Richard A. Sauber
Email: rsauber@robbinsrussell.com
Kathryn S. Zecca
Email: Kzecca@robbinsrussel.com
Ariel N. Lavinbuk
Email: Alavinbuk@robbinsrussell.com
Robbins, Russell, Englert, Orseck, Untereiner & Sauber
1801 K Street, N.W. Suite 411L
Washington, D.C.  20006
Telephone:  (202) 775-4500
Facsimile:  (202) 775-4510
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NASSER MORADI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHELDON GARY ADELSON, et al., <br><br> Defendants. | Case Nos. 2:11-cv-490-APG-NJK (base) <br> 2:11-cv-595 (related) <br> 2:11-cv-636 (related) <br><br> **STIPULATION AND ORDER TO EXTEND DATE FOR FILING STATUS REPORT** |

The parties stipulate to extend the deadline to file the joint status report ordered in the Court's December 21, 2015, Order (#138) 14 days from

January 12, 2016, to January 26, 2016. This stipulation is made to accommodate Defendants' and their counsel's limited availability over the next several weeks, and to ensure the parties have sufficient time to jointly prepare and submit the status report.

MORRIS LAW GROUP

By: /s/ Raleigh Thompson
   Steve Morris, Bar No. 1543
   Akke Levin, Bar No. 9102
   Raleigh Thompson, Bar No. 11296
   900 Bank of America Plaza
   300 South Fourth Street
   Las Vegas, Nevada 89101

Of Counsel:
Richard A. Sauber
Kathryn S. Zecca
Ariel N. Lavinbuk
Robbins, Russell, Englert, Orseck,
Untereiner & Sauber
1801 K Street, N.W. Suite 411L
Washington, D.C. 20006

Attorneys for Defendants

REISMAN SOROKAC

By: /s/ Robert R. Warns, III
   Joshua H. Reisman,
   Bar No. 7152
   Robert R. Warns III,
   Bar No. 12123
   8965 S. Eastern Ave., Suite 382
   Las Vegas, Nevada 89123

Daniel Hill
Elton Joe Kendall
Jamie J. McKey
Kendall Law Group, LLP
3232 McKinney Avenue
Dallas, TX 75204

Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
DATE: December 30, 2015