UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NASSER MORADI, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SHELDON GARY ADELSON, et al.,<br><br>　　　　Defendants. | Case Nos. 2:11-cv-490-APG-NJK (base)<br>2:11-cv-595 (related)<br>2:11-cv-636 (related)<br><br>**CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the court, defendants Jason N. Ader, Irwin Chafetz, Wing T. Chao, Charles D. Forman, George P. Koo, Michael Leven, Jeffrey H. Schwartz (through his estate), and Irwin A. Siegel substitute Susan S. Muck as counsel of record in place of Richard A. Sauber, Kathryn S. Zecca, and Ariel N. Lavinbuk.

Contact information for new counsel is as follows:

Susan S. Muck
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
smuck@fenwick.com

I consent to the above substitution.

Date: 6/5/17

_____
Jason N. Ader

I consent to the above substitution.

Date: __5/26/17__    _____
                     Irwin Chafetz

I consent to the above substitution.

Date: _____    _____
                          Wing T. Chao

I consent to the above substitution.

Date: _____    _____
                          George P. Koo

I consent to the above substitution.

Date: _____    _____
                          Michael Leven

I consent to the above substitution.

Date: _____    _____
                          Jeffrey H. Schwartz (through his estate)

I consent to the above substitution.

Date: _____    _____
                          Irwin A. Siegel

I consent to the above substitution.

Date: _____   _____
                                    Irwin Chafetz

I consent to the above substitution.

Date: 6/6/2017                     _____
                                    Wing T. Chao

I consent to the above substitution.

Date: _____   _____
                                    George P. Koo

I consent to the above substitution.

Date: _____   _____
                                    Michael Leven

I consent to the above substitution.

Date: _____   _____
                                    Jeffrey H. Schwartz (through his estate)

I consent to the above substitution.

Date: _____   _____
                                    Irwin A. Siegel

I consent to the above substitution.

Date: _____     _____
                          Irwin Chafetz

I consent to the above substitution.

Date: _____     _____
                          Wing T. Chao

I consent to the above substitution.

Date: May 26, 2017        *[signature]* George P. Koo
                          George P. Koo

I consent to the above substitution.

Date: _____     _____
                          Michael Leven

I consent to the above substitution.

Date: _____     _____
                          Jeffrey H. Schwartz (through his estate)

I consent to the above substitution.

Date: _____     _____
                          Irwin A. Siegel

I consent to the above substitution.

Date: _____   _____
                                  Irwin Chafetz

I consent to the above substitution.

Date: _____   _____
                                  Wing T. Chao

I consent to the above substitution.

Date: _____   _____
                                  George P. Koo

I consent to the above substitution.

Date: 6/12/17                     /s/ Charles D. Forman
                                  Charles D. Forman

I consent to the above substitution.

Date: _____   _____
                                  Michael Leven

I consent to the above substitution.

Date: _____   _____
                                  Jeffrey H. Schwartz (through his estate)

I consent to the above substitution.

Date: _____   _____
                                  Irwin A. Siegel

I consent to the above substitution.

Date: _____     _____
                          Irwin Chafetz

I consent to the above substitution.

Date: _____     _____
                          Wing T. Chao

I consent to the above substitution.

Date: _____     _____
                          George P. Koo

I consent to the above substitution.

Date: 6/1/2017            *[signature]*
                          Michael Leven

I consent to the above substitution.

Date: _____     _____
                          Jeffrey H. Schwartz (through his estate)

I consent to the above substitution.

Date: _____     _____
                          Irwin A. Siegel

I consent to the above substitution.

Date: _____            _____
                                  Irwin Chafetz

I consent to the above substitution.

Date: _____            _____
                                  Wing T. Chao

I consent to the above substitution.

Date: _____            _____
                                  George P. Koo

I consent to the above substitution.

Date: _____            _____
                                  Michael Leven

I consent to the above substitution.

Date: 6/8/17                     _[signature]_____
                                  Jeffrey H. Schwartz (through his estate)
                                       Personal Representative

I consent to the above substitution.

Date: _____            _____
                                  Irwin A. Siegel

I consent to the above substitution.

Date: _____     _____
                                 Irwin Chafetz

I consent to the above substitution.

Date: _____     _____
                                 Wing T. Chao

I consent to the above substitution.

Date: _____     _____
                                 George P. Koo

I consent to the above substitution.

Date: _____     _____
                                 Michael Leven

I consent to the above substitution.

Date: _____     _____
                                 Jeffrey H. Schwartz (through his estate)

I consent to the above substitution.

Date: __6-1-17_____     _*[signature]*_____
                                 Irwin A. Siegel

I consent to being substituted.

Date: 5/11/17

Robbins, Russell, Englert, Orseck,
Untereiner & Sauber LLP
Richard A. Sauber
Kathryn S. Zecca
Ariel N. Lavinbuk

I consent to the above substitution.

Date: 6/23/2017

Fenwick & West LLP
Susan S. Muck

The substitution of attorney is hereby approved and so ORDERED.

Date: July 28, 2017

United States Magistrate Judge