MORRIS LAW GROUP
Steve Morris, NV Bar 1543
Akke Levin, NV Bar 9102
Raleigh C. Thompson, NV Bar 11296
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Email:  sm@morrislawgroup.com
Email:  al@morrislawgroup.com
Email:  rct@morrislawgroup.com

SNELL & WILMER
Patrick G. Byrne, NV Bar 7636
Hughes Center
3883 Howard Hughes Parkway
Ste. 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Email:  pbyrne@swlaw.com

*See Signature Block for Additional Counsel

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NASSER MORADI, et al.,

        Plaintiffs,

    v.

SHELDON GARY ADELSON, et al.,

        Defendants.

)
) Case Nos. 2:11-cv-490-APG-NJK (base)
) 2:11-cv-595 (related)
) 2:11-cv-636 (related)
)
) **DEFENDANTS' MOTION
) TO LIFT STAY**
)
)
)
)

Nominal Defendant Las Vegas Sands Corp. ("LVS" or the "Company") and individual director-Defendants Sheldon G. Adelson, Michael A. Leven, Charles D. Forman, Irwin A. Siegel, Irwin Chafetz, George P. Koo, Jason N. Ader, Jason H. Schwartz, and Wing T. Chao (collectively, the "Defendants"), respectively request this Court to lift the pending stay so that they can file their motion to dismiss.  The instant case has been stayed in deference to a "nearly identical" state-court action,

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

pursuant to the *Colorado River* abstention doctrine.  *See* ECF No. 131 at 11. As previously explained, the state-court action has now been resolved, and the state court entered an order dismissing the complaint with prejudice. *See* ECF No. 158.  The Defendants now likewise seek to dismiss this action, for the reasons explained in our simultaneously filed motion.

SNELL & WILMER                    MORRIS LAW GROUP


By: /s/ Patrick G. Byrne          By:  /s/ Steve Morris
    Patrick G. Byrne, Bar No. 7636    Steve Morris, Bar No. 1543
    Hughes Center                     Akke Levin, Bar No. 9102
    3883 Howard Hughes Parkway        Raleigh C. Thompson, Bar
    Ste. 1100                         No. 11296
    Las Vegas, NV 89169               411 E. Bonneville Ave., Ste. 360
                                      Las Vegas, NV  89101
    FENWICK & WEST LLP
    Susan S. Muck (*pro hac vice*)    ROBBINS, RUSSELL,
    Vincent Barredo (*pro hac vice*)  ENGLERT, ORSECK,
    555 California St., 12th Fl.       UNTEREINER & SAUBER LLP
    San Francisco, CA 94104           Richard A. Sauber (*pro hac vice*)
                                      Ariel N. Lavinbuk (*pro hac vice*)
                                      1801 K Street, N.W., Ste. 411L
                                      Washington, DC 20006


                                      *Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS LAW GROUP, and that the following documents were served via electronic service:  **DEFENDANTS' MOTION TO LIFT STAY**

TO:

Joshua H. Reisman, No. 7152
Robert R. Warns III, No. 12123
REISMAN SOROKAC
8965 S. Eastern Ave., Ste. 382
Las Vegas, Nevada 89123
jreisman@rsnvlaw.com
rwarns@rsnvlaw.com

Elton Joe Kendall
Jamie J. McKey
KENDALL LAW GROUP, LLP
33232 McKinney Ave.
Dallas, Texas 75204
administrator@kendalllawgroup.com

*Attorneys for Plaintiffs*

Dated: April 11, 2018

*/s/ Gabriela Mercado*

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422