Robert R. Warns III. Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: rwarns@rsnvlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NASSER MORADI, RICHARD BUCKMAN, DOUGLAS TOMLINSON, and MATT ABBEDUTO, Derivatively on Behalf of LAS VEGAS SANDS CORP.,<br><br>Plaintiffs,<br><br>vs.<br><br>SHELDON GARY ADELSON, MICHAEL A. LEVEN, CHARLES D. FORMAN, IRWIN A. SIEGEL, IRWIN CHAFETZ, GEORGE P. KOO, JEFFREY H. SCHWARTZ, JASON N. ADER, and WING T. CHAO<br><br>Individual Defendants.<br><br>– and –<br><br>LAS VEGAS SANDS CORP., a Nevada corporation,<br><br>Nominal Defendant. | CIVIL ACTION NO. 11-CV-00490-GMN-RJJ<br>Base case consolidated with<br>11-CV-00595-GMN-RJJ and<br>11-CV-00636-GMN-RJJ<br><br>**STIPULATION FOR EXTENSION OF TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

1

Plaintiffs, by and through their undersigned counsel and defendants, Sheldon Gary Adelson, Michael A. Leven, Charles D. Forman, Irwin A. Siegel, Irwin Chaftez, George P. Koo, Jeffrey H. Schwartz, Jason N. Ader, Wing T. Chao and Las Vegas Sands Corp, by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS Defendants filed their Renewed Motion to Dismiss in this action on April 11, 2018;

WHEREAS Plaintiffs believe that they require additional time and effort to adequately respond to the Motion to Dismiss;

WHEREAS Plaintiffs requested and Defendants agreed to the following schedule:

1. Plaintiffs shall file their opposition to the Renewed Motion to Dismiss by May 16, 2018;
2. Defendants shall file their reply in support of their Renewed Motion to Dismiss by June 1, 2018.

WHEREAS, this is the first request for an extension of time with respect to Plaintiffs' response to the Renewed Motion to Dismiss.

NOW, THEREFORE, IT IS STIPULATED, subject to this Court's approval, by and through counsel for the parties to this action, that the Plaintiffs shall have to and including May 16, 2018, to file their opposition to the Renewed Motion to Dismiss and Defendants shall have to and including June 1, 2018, to file their reply in support of their Motion to Dismiss.

Stipulated to this 12th day of April, 2018.

**IT IS SO ORDERED.**

_____ 4/16/2018
UNITED STATES DISTRICT JUDGE

| MORRIS LAW GROUP | REISMAN SOROKAC |
| --- | --- |
| /s/ Steve Morris<br>Steve Morris, Bar No. 1543<br>Akke Levin, Bar No. 9102<br>Raleigh C. Thompson, Bar No. 11296<br>411 E. Bonneville Ave., Ste. 360<br>Las Vegas, Nevada 89101<br><br>Richard A. Sauber (admitted *pro hac vice*)<br>Ariel N. Lavinbuk (admitted *pro hac vice*)<br>ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP<br>1801 K Street, NW, Suite 411L<br>Washington, DC 20006 | /s/ Robert R. Warns, Esq.<br>JOSHUA H. REISMAN, ESQ.<br>Nevada Bar No. 7152<br>ROBERT R. WARNS III, ESQ.<br>Nevada Bar No. 12123<br>8965 S. Eastern Ave, Suite 382<br>Las Vegas, Nevada 89123<br>Telephone: (702) 727-6258<br>Facsimile: (702) 446-6756<br>Email: jreisman@rsnvlaw.com<br><br>*Liaison Counsel for Plaintiffs* |
| SNELL & WILMER<br><br>/s/ Patrick G. Byrne<br>Patrick G. Byrne, Bar No. 7636<br>Hughes Center<br>3883 Howard Hughes Parkway, Ste. 1100<br>Las Vegas, NV 89169<br><br>Susan S. Muck (admitted *pro hac vice*)<br>Vincent Barredo (admitted *pro hac vice*)<br>FENWICK & WEST LLP<br>555 California St., 12th Fl.<br>San Francisco, CA 94104<br><br>*Counsel for Defendants* | KENDALL LAW GROUP, LLP<br>JOE KENDALL (Texas State Bar No. 11260700)<br>JAMIE J. MCKEY (Texas State Bar No. 24045262)<br>3232 McKinney Avenue, Suite 700<br>Dallas, TX 75204<br>Telephone: 214/744-3000<br>Fax: 214/744-3015<br><br>*Lead Counsel for Plaintiffs* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED this ___ day of _____, 2018.