# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NASSER MORADI, *et al.*, | Case No. 2:11-cv-00490-APG-NJK |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO LIFT STAY OF CASE** |
| SHELDON ADELSON, *et al.*, | (ECF No. 159) |
| Defendants. | |

IT IS ORDERED that defendant Las Vegas Sands Corporation's motion to lift stay **(ECF No. 159) is GRANTED**. The stay previously entered in this case is lifted for all purposes.

DATED this 26th day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE