| | |
|---|---|
| MORRIS LAW GROUP<br>Steve Morris, NV Bar 1543<br>Akke Levin, NV Bar 9102<br>Raleigh C. Thompson, NV Bar 11296<br>411 E. Bonneville Ave., Ste. 360<br>Las Vegas, Nevada 89101<br>Telephone: (702) 474-9400<br>Email: sm@morrislawgroup.com<br>Email: al@morrislawgroup.com<br>Email: rct@morrislawgroup.com | SNELL & WILMER<br>Patrick G. Byrne, NV Bar 7636<br>Hughes Center<br>3883 Howard Hughes Parkway<br>Ste. 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Email: pbyrne@swlaw.com |

*See Signature Block for Additional Counsel

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NASSER MORADI, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SHELDON GARY ADELSON, et al.,<br><br>　　　　Defendants. | Case Nos. 2:11-cv-490-APG-NJK (base)<br>2:11-cv-595 (related)<br>2:11-cv-636 (related)<br><br>**STIPULATION EXTENDING BRIEFING DEADLINES FOR:**<br><br>**DEFENDANTS' MOTION TO STAY DISCOVERY**<br>**(First Request)**<br><br>**DEFENDANTS' RENEWED MOTION TO DISMISS**<br>**(Second Request)** |

The parties, by and through their respective counsel, stipulate to extend the briefing deadlines associated with Defendants' Motion to Stay Discovery (ECF No. 166) (filed May 8, 2018) as follows:

- Plaintiffs shall file an opposition on or before May 29, 2018;
- Defendants shall file a reply brief on or before June 6, 2018.

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

This extension is requested due to a medical emergency of Plaintiffs' counsel. It is first requested extension of these deadlines.

The parties further stipulate to extend the briefing deadlines associated with Defendants' Renewed Motion to Dismiss (ECF No. 160) (filed April 11, 2018) as follows:

- Plaintiffs shall file an opposition on or before May 23, 2018;
- Defendants shall file a reply brief on or before June 15, 2018.

This extension is likewise requested due to a medical emergency of Plaintiffs' counsel. It is the second requested extension of these deadlines, which were previously extended by the Court's April 16, 2018 Order (ECF

///

2

No. 162) to give Plaintiffs time to adequately respond to the motion. This stipulation is not made for purposes of delay.

| MORRIS LAW GROUP | REISMAN SOROKAC |
|---|---|
| By: */s/ Raleigh Thompson*<br>Steve Morris, Bar No. 1543<br>Akke Levin, Bar No. 9102<br>Raleigh Thompson, Bar No. 11296<br>411 E. Bonneville Ave., Ste. 360<br>Las Vegas, NV 89101 | By: */s/ Robert R. Warns*<br>Joshua H. Reisman, Bar No. 7152<br>Robert R. Warns III, Bar No. 12123<br>8965 S. Eastern Ave., Suite 382<br>Las Vegas, Nevada 89123<br>Telephone: (702) 727-6258<br>Facsimile: (702) 446-6756<br>Email: jreisman@rsnvlaw.com |
| ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP<br>Richard A. Sauber (*pro hac vice*)<br>Ariel N. Lavinbuk (*pro hac vice*)<br>1801 K Street, N.W., Ste. 411L<br>Washington, DC 20006 | *Liaison Counsel for Plaintiffs*<br><br>KENDALL LAW GROUP, LLP<br>Joe Kendall (Texas State Bar No. 11260700)<br>Jamie J. McKey (Texas State Bar No. 24045262)<br>3232 McKinney Avenue, Suite 700<br>Dallas, Texas 75204<br>Telephone: (214) 744-3000<br>Facsimile: (214) 744-3015 |
| SNELL & WILMER<br><br>By: */s/ Patrick G. Byrne*<br>Patrick G. Byrne, Bar No. 7636<br>Hughes Center<br>3883 Howard Hughes Pkwy. Ste. 1100<br>Las Vegas, NV 89169 | *Lead Counsel for Plaintiffs* |
| FENWICK & WEST LLP<br>Susan S. Muck (*pro hac vice*)<br>Vincent Barredo (*pro hac vice*)<br>555 California St., 12th Fl.<br>San Francisco, CA 94104 | |
| *Attorneys for Defendants* | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 10, 2018.

3