JOSHUA H. REISMAN (NV Bar No. 7152)
ROBERT R. WARNS III (NV Bar No. 12123)
REISMAN•SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, NV 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
jreisman@rsnvlaw.com
rwarns@rsnvlaw.com

*Liaison Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NASSER MORADI, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>SHELDON GARY ADELSON, et al.,<br><br>        Defendants. | Lead Case No. 2:11-cv-00490-MMD-NJK<br><br>(Consolidated with  Nos. 2:11-cv-00595 and 2:11-cv-000636)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION** |

The Plaintiffs, individual defendants Sheldon Gary Adelson, Michael A. Leven, Charles D. Forman, Irwin A. Siegel, Irwin Chafetz, George P. Koo, Jeffrey H. Schwartz, Jason N. Ader and Wing T. Chao (the "Director Defendants"), and nominal defendant Las Vegas Sands Corp. ("LVSC" or the "Company") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 11, 2014, this Court stayed the above-captioned consolidated derivative action (the "Action") in deference to a "nearly identical" state-court derivative lawsuit[1], pursuant to the *Colorado River* doctrine, ECF No. 131 (the "Stay Order") at 11;

WHEREAS, on January 10, 2018, the state-court dismissed the consolidated derivative cases before it, with prejudice, *see* ECF Nos. 157, 158;

WHEREAS, without conceding any of the arguments raised in the Defendants' motion to dismiss this Action, Plaintiffs, through their counsel of record and pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss the Action;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Action on the merits, and that each Party shall bear its, his, or her own fees and costs incurred in connection with the Action;

WHEREAS, (i) there has been no settlement or compromise of the Action; (ii) there has been no collusion among the Parties; and (iii) neither Plaintiffs nor their counsel has received or will receive directly or indirectly any consideration from Defendants for the dismissal; and

WHEREAS, the Parties submit that notice of the dismissal is unnecessary given that substantially similar claims were adjudicated and dismissed in the related state-court action;

---

[1] *In re Las Vegas Sands Corp. Derivative Litigation*, Case No. A-11-636656-B (Dist. Ct. – Clark Cty., Nev.).

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request, that the Court enter an order as follows:

1. This Action is hereby dismissed, with all parties waiving any rights to appeal from any aspect of this action.
2. The Parties shall bear their own fees and costs in connection with the Action.

| | | |
|---|---|---|
|1| DATED: May 23, 2018 | **REISMAN•SOROKAC** |
|2| | |
|3| | /s/ Robert R. Warns |
| | | Joshua H. Reisman, Bar No. 7152 |
|4| | Robert R. Warns III, Bar No. 12123 |
| | | 8965 S. Eastern Ave., Suite 382 |
|5| | Las Vegas, NV 89123 |
|6| | *Liaison Counsel for Plaintiffs* |
|7| | **KENDALL LAW GROUP, LLP** |
| | | Joe Kendall (*pro hac vice*) |
|8| | Jamie J. McKey (*pro hac vice*) |
| | | 3811 Turtle Creek Blvd., Suite 1450 |
|9| | Dallas, TX 75219 |
|10| | *Lead Counsel for Plaintiffs* |
|11| DATED: May 23, 2018 | **MORRIS LAW GROUP** |
|12| | |
| | | /s/ Steve Morris |
|13| | Steve Morris, Bar No. 1543 |
| | | Akke Levin, Bar No. 9102 |
|14| | Raleigh Thompson, Bar No. 11296 |
| | | 411 E. Bonneville Ave., Suite 360 |
|15| | Las Vegas, NV 89101 |
|16| | **ROBBINS, RUSSELL, ENGLERT,** |
| | | **  ORSECK, UNTEREINER** |
|17| | **  & SAUBER LLP** |
| | | Richard A. Sauber (*pro hac vice*) |
|18| | Ariel N. Lavinbuk (*pro hac vice*) |
| | | 1801 K Street, N.W., Suite 411L |
|19| | Washington, DC 20006 |
|20| | /s/ Patrick G. Byrne |
| | | **SNELL & WILMER** |
|21| | Patrick G. Byrne, Bar No. 7636 |
| | | Hughes Center |
|22| | 3883 Howard Hughes Pkwy., Suite 1100 |
| | | Las Vegas, NV 89169 |
|23| | |
| | | **FENWICK & WEST** |
|24| | Susan S. Muck (*pro hac vice*) |
| | | Vincent Barredo (*pro hac vice*) |
|25| | 555 California St., 12th Fl. |
| | | San Francisco, CA 94104 |
|26| | |
| | | *Attorneys for Defendants* |
|27| | |
|28| | |

**ORDER**

Based on the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved and this action is ordered dismissed, with all parties waiving any rights to appeal from any aspect of this action.  The Clerk is directed to close this matter and all associated cases.

It is so ORDERED.

DATED: _____   _____
UNITED STATES DISTRICT JUDGE